UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL POLANCO,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/16/26__

25-CV-10349 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 12, 2025, plaintiff Michael Polanco filed a complaint against the Commissioner of Social Security, using the form provided to pro se plaintiffs seeking review under § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), or § 1631(c)(3) of the Social Security Act, 42. U.S.C. § 1383(c)(3). *See* Compl. (Dkt. 1) ¶ 1. However, apart from his name, social security number, and address, plaintiff did not include any of the information requested by the form. For example, he failed to state the date of (or attach) the adverse Administrative Law Judge (ALJ) decision denying him benefits; failed to state the date of (or attach) the Appeals Council's decision denying review or otherwise unfavorably disposing of his appeal; and failed to state the date on which he received the decision of the Appeals Council. *See* Compl. ¶¶ 6-8.

On February 9, 2026, the Commissioner moved for a more definite statement pursuant to Fed. R. Civ. P. 12(e) (Dkt. 12), arguing that without the basic information outlined above, he was "unable to ascertain the matter about which Plaintiff is complaining." Def. Mem. (Dkt. 13) at 1.

On February 17, 2026, the Court set a deadline of March 2, 2026 for plaintiff to respond to the motion. (Dkt. 15.) The Court gave plaintiff the option of filing an amended complaint in lieu of a formal response to the Commissioner's motion; attached a form of amended complaint that he could use for this purpose, and instructed him as to which paragraphs he should fill out. (*Id*.) Additionally, the Court explained how plaintiff could obtain pro bono assistance from the New

York County Lawyers Association. (*Id*.) However, the March 2 deadline has now come and gone, and plaintiff has not filed an amended complaint. Nor has he made any other response to the Commissioner's motion.

Having reviewed the Complaint and the Commissioner's motion papers, and finding good cause, the motion for a more definite statement (Dkt. 12) is GRANTED. No later than **March 30, 2026**, plaintiff ***must*** file a more definite statement, in the form of an amended complaint including the necessary information.

Attached to this Order, as a courtesy, is a template that plaintiff may use for his amended complaint. When filling out the form, plaintiff ***must*** complete ***paragraph 6***, giving the date of the decision by the ALJ denying him benefits; ***paragraph 7***, giving the date of the adverse decision by the Appeals Council; and ***paragraph 8***, giving the date on when he received a letter informing him of that adverse decision. If possible, plaintiff should ***attach copies*** of the ALJ decision, the Appeals Council decision, and the letter. The Court has also attached another courtesy copy of a flyer with information about the pro bono assistance for social security cases from the New York County Lawyers Association, which lists a telephone number that plaintiff may call to inquire about receiving assistance with his case.

**Plaintiff is hereby warned that if he fails to timely file an amended complaint containing the necessary information, this action may be dismissed.**

Dated: New York, New York  
      March 16, 2026

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write your full name.

25____CV 10349 (DEH) (BCM)
Include case number only if one has been
assigned.

-against-

COMMISSIONER OF SOCIAL SECURITY

**AMENDED**

# COMPLAINT FOR JUDICIAL REVIEW OF A FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY

The plaintiff respectfully alleges:

1. This is an action under section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), or section 1631(c)(3) of the Social Security Act, 42 U.S.C. § 1383(c)(3), for review of a final decision of the Commissioner of Social Security.

2. This case is properly brought in the Southern District of New York because the plaintiff is a resident of the county of _____
and the State of _____

   **or** (optional)

   has a principal place of business in the county of _____
   and the State of _____

3. The plaintiff's social security number is _____

4. The defendant is the Commissioner of the Social Security Administration and has full power and responsibility over Social Security and Supplemental Security Income benefit determinations under the Social Security Act.

5. The Social Security Administration issued an unfavorable decision regarding the plaintiff's application for, or eligibility to receive, benefits under Title XVI of the Social

Security Act (SSI - Supplemental Security Income) or Title II of the Social Security Act (Disability Insurance, Retirement, or Survivors benefits).

6. The plaintiff requested a hearing before an Administrative Law Judge, a hearing was held, and the Administrative Law Judge issued a decision denying the plaintiff's claim, by decision dated (date of Administrative Law Judge decision) _____

7. The plaintiff requested a review, and the Appeals Council denied the plaintiff's request, or otherwise issued an unfavorable decision, on (date of Appeals Council letter) _____ , making the Administrative Law Judge's decision the "final decision" of the Commissioner, subject to judicial review under 42 U.S.C. § 405(g) or § 1383(c)(3).

8. The plaintiff received the letter from the Appeals Council on (date of receipt of letter) _____

---

### IMPORTANT

### Please attach a copy of the Appeals Council's letter to this complaint.

You may file this complaint even if you do not have the Appeals Council letter or cannot answer all of the questions, but you may be required later to provide the missing information.

---

9. The Commissioner's decision was not supported by substantial evidence in the record, or was based on legal error.

WHEREFORE, the plaintiff respectfully requests that the Court:

a)  direct the defendant to appear before the Court;

b)  order the defendant to submit a certified copy of the administrative record, including the evidence upon which the findings and decisions complained of are based;

c)  upon such record, modify or reverse the decision of the defendant and grant the plaintiff maximum monthly Social Security benefits or Supplemental Security Income benefits as allowable under the Social Security Act; and

d)  grant such other relief as may be just and proper.

PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

You must sign and date the complaint. Attach additional pages if necessary. You must also either pay the filing fee or submit an application to proceed without prepayment of fees.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Plaintiff's Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 3

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1.  Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2.  Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1.  You will no longer receive documents in the mail;

2.  If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3.  This service does *not* allow you to electronically file your documents;

4.  It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Name (Last, First, MI)

Address                City                State                Zip Code

Telephone Number                E-mail Address

Date                Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007



## To all individuals who have <u>Social Security</u> or <u>Supplemental Security Income</u> cases:

The New York County Lawyers Association has provided free legal assistance to thousands of people who cannot afford lawyers.  If you cannot afford a lawyer, you may qualify for free legal representation in your appeal in the Southern District of New York.

If you would like to consult with a lawyer, please call Carolyn A. Kubitschek, at (212) 349-0900.  We cannot promise that everyone who calls will get a lawyer, but we are committed to providing as many individuals as possible with free legal representation in their federal appeals.

Sincerely,

Anthe Maria Bova

General Counsel & Director of Pro Bono Programs