UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/07/26___
```

MICHAEL POLANCO,

   Plaintiff,

 -against-

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

25-CV-10349 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 12, 2025, plaintiff, who is proceeding pro se, filed a complaint against the Commissioner of Social Security. (Dkt. 1.) As this Court has previously summarized (*see* Dkt. 15), apart from plaintiff's name, social security number, and address, plaintiff did not include any of the information requested by the pro se complaint form. On February 12, 2026, the Commissioner moved for a more definite statement, arguing that without this basic information, the Commissioner was unable to ascertain the matter about which plaintiff is complaining. (Dkt. 12.)

On March 16, 2026, the Court granted defendant's motion for a more definite statement. (Dkt. 16.) Plaintiff was ordered to "file a more definite statement, in the form of an amended complaint including the necessary information," no later than March 30, 2026. *Id*. at 2. The order attached a sample form with this case's caption, and also warned plaintiff that "if he fails to timely file an amended complaint containing the necessary information, this action may be dismissed." *Id*.

Plaintiff is now in violation of this Court's March 16, 2026 order. The Court *sua sponte* EXTENDS plaintiff's deadline to provide a more definite statement to **May 21, 2026**. **If plaintiff fails to respond by May 21, 2026, the Court may dismiss this action.**

Dated: New York, New York
   May 7, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**