UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Polanco,<br><br>                     Plaintiff(s),<br><br>          v.<br><br> Commissioner of Social Security,<br><br>                     Defendant(s). | 25-CV-10349 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Plaintiff filed this appeal from a final decision of the Commissioner of Social Security on December 12, 2025.  Compl., ECF No. 1.  On February 9, 2026, the Commissioner filed a motion for a more definitive statement.  ECF No. 12.  On March 16, Plaintiff having not filed an opposition, Magistrate Judge Moses granted the motion and gave Plaintiff until March 30, 2026 to file an amended complaint.  ECF No. 16.  On May 7, 2026, Magistrate Judge Moses granted an extension, *sua sponte*, for Plaintiff to file a more definite statement by May 21, 2026.  ECF No. 17.  The Order warned that the Court may dismiss this action if Plaintiff did not do so.  *Id.*

As of the date of this Order, Plaintiff has not filed a more definite statement.  Nor has Plaintiff participated in this litigation since December 12, 2025.  Accordingly, this action is hereby **DISMISSED** for failure to prosecute.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: June 22, 2026
          New York, New York

                                                                        DALE E. HO
                                                          United States District Judge